IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-02915-JLK**

**RAYMOND PAUL KNIGHT,**

    Plaintiff,

v.

**CONTINENTAL TIRE NORTH AMERICA, INC.
d/b/a CONTINENTAL TIRE THE AMERICAS, LLC,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane ORDERS

Having shown good cause for its requested relief, Defendant's Unopposed Motion for Amendment of Scheduling Order (doc. 27) is GRANTED. The discovery cut-off date is extended up to and including January 23, 2012, to allow Defendant to respond to Plaintiff's First Request for Production of Documents, Admissions, and Interrogatories.

Dated: January 4, 2012